```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28954
   WILLIAM PEEPLES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5726


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/22/2005 and was confirmed 08/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/07/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED                 .00           .00           .00
CBT ASPIRE                UNSEC W/INTER NOT FILED             .00           .00
CITI BP OIL               UNSEC W/INTER NOT FILED             .00           .00
CAPITAL ONE               UNSEC W/INTER NOT FILED             .00           .00
CHASE MANHATTAN BANK      UNSEC W/INTER NOT FILED             .00           .00
HOUSEHOLD BANK            UNSEC W/INTER NOT FILED             .00           .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY    NOT FILED            .00           .00
RESURGENT ACQUISITION LL  UNSEC W/INTER    2045.88         167.73       2045.88
RESURGENT ACQUISITION LL  UNSEC W/INTER     559.56          47.02        559.56
UNION PLUS                UNSEC W/INTER NOT FILED             .00           .00
CAPITAL ONE               UNSEC W/INTER    4813.83         376.72       4813.83
ECAST SETTLEMENT CORP     UNSEC W/INTER    5123.01         403.57       5123.01
ERNESTO D BORGES JR       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         957.96
DEBTOR REFUND             REFUND                                        1,489.11

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              18,684.39

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                  12,542.28
    INTEREST                                  995.04
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                          957.96
DEBTOR REFUND                               1,489.11
                     --------------      --------------
TOTALS               18,684.39              18,684.39

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 28954 WILLIAM PEEPLES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```